# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD A. COBURN, | ) |
| Plaintiff, | ) |
| v. | ) No. CIV 15-205-RAW-SPS |
| CHAD MILLER, et al., | ) |
| Defendants. | ) |

## OPINION AND ORDER

Plaintiff, an inmate in the custody of the Oklahoma Department of Corrections who is incarcerated at Davis Correctional Facility in Holdenville, Oklahoma, brings this action under the authority of 42 U.S.C. § 1983, seeking relief for constitutional violations allegedly occurring at Cimarron Correctional Facility ("CCF"), a private prison in Cushing, Oklahoma. The defendants are CCF Warden Chad Miller; CCF Property Officers Mayhem, Amin, and Battles; and CCF Chief Unit Manager Hilligoes. He alleges that on January 8, 2014, he was transferred from CCF to his current facility, but his television, watch, and commissary were not sent to his new location.

Upon review of plaintiff's complaint, it appears that proper venue does not lie in this district, and a substantial part of the alleged events or omissions giving rise to plaintiff's claims occurred at CCF, which is located within the territorial jurisdiction of the Western District of Oklahoma. *See* 28 U.S.C. § 1391(b). Therefore, this action hereby is transferred in the interest of justice to the United States District Court for the Western District of Oklahoma. *See* 28 U.S.C. § 1631.

**IT IS SO ORDERED** this 11th day of June 2015.

**Dated this 11th day of June, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma